## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **MARKESHA CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| *vs*. | ) | **Civil Action no.   07-2234-KHV** |
| | ) | |
| **SHAWNEE MISSION MEDICAL** | ) | |
| **CENTER, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

**PURSUANT** to Fed. R. Civ. P. 41(a)(2), and the <u>Stipulation of Dismissal With Prejudice</u>

(Doc. 13), this civil action is hereby **dismissed with prejudice**. Each party shall bear her / its own

costs and attorneys' fees.

**Dated:** March 4, 2008
at Kansas City, Kansas

<u>s/ Kathryn H. Vratil</u>
**Kathryn H. Vratil**
**United States District Judge**